

**THE UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
NORTHERN DISTRICT OF MISSISSIPPI
DAVID CREWS, CLERK**

| | | |
|---|---|---|
| 911 J<small>ACKSON</small> <small>AVENUE</small><br>S<small>UITE</small> 369<br>O<small>XFORD</small>, <small>MS</small> 38655<br>T<small>ELEPHONE</small>: (662) 234-1971 | 301 <small>WEST</small> <small>COMMERCE</small> <small>STREET</small><br>A<small>BERDEEN</small>, MS 39730 | 305 M<small>AIN</small> S<small>TREET</small><br>G<small>REENVILLE</small>, MS 38701 |

Tracy Miller Arnold

v.  Civil Action No.  1:25-CV-24-GHD-DAS

City of Guntown, et al.

**TAKE NOTICE** that the above styled and captioned cause has been assigned to **District Judge Glen H. Davidson** and **Magistrate Judge David A. Sanders.**

Please use the civil action number **1:25-CV-24-GHD-DAS** on all future documents.

DAVID CREWS, CLERK

Date:   February 18, 2025