FROM:
Arnold
1400 Harris Rd
Adamsville, Tenn
38310

TO:
Clerk of the Court
Federal Building Ste 369
911 Jackson Ave E
Oxford, Miss 38655

US POSTAGE PAID
$14.65
Origin: 38310
04/01/25
4700360310-04

PRIORITY MAIL®

0 Lb 2.20 Oz
RDC 03
C008

EXPECTED DELIVERY DAY: 04/04/25

SHIP TO:
STE 369
911 JACKSON AVE E
OXFORD MS 38655-3622

USPS SIGNATURE® TRACKING #
9510 8160 2727 5091 5877 19