PRIORITY MAIL

UNITED STATES POSTAL SERVICE®

PRIORITY MAIL®

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FOR DOMESTIC AND INTERNATIONAL USE

Label 228, December 2023

FROM: Tracy Arnold
PO Box 864
Savannah, Tenn
38372

TO: Clerk of the Court
Federal Building Room 369
911 Jackson Ave East Ste 369
Oxford, Miss
38655

X-RAYED

RECEIVED
APR 24 2025

US POSTAGE PAID
$14.65

Retail

Origin: 38372
04/21/25
4778200384-06

PRIORITY MAIL®

0 Lb 4.50 Oz

RDC 03

EXPECTED DELIVERY DAY: 04/23/25

C008

SHIP
TO:
STE 369
911 JACKSON AVE E
OXFORD MS 38655-3622

USPS SIGNATURE® TRACKING #

9510 8164 1383 6111 3799 99

EP14F July 2022
OD: 12 1/2 x 9 1/2

PS00001000014

FLAT RATE
ONE RATE

For Domestic shipments, the maximum weight is 70 lbs. For international shipments, the maximum weight is 20 lbs.