AT THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF MISSISSIPPI

Tracy Miller Arnold

vs.

CITY OF GUNTOWN, Andrew Stuart in his Individual and Official Capacities

Cause # 1:25-CV-24-GHD-DAS

RECEIVED

MAY 30 2025

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

## PLAINTIFF'S OPPOSED MOTION TO STRIKE AFFIRMATIVE DEFENSES

### 1. INTRODUCTION

1   1.1. COMES NOW the Plaintiff, Tracy Miller Arnold, proceeding pro se, and hereby
2   moves this Honorable Court pursuant to Federal Rule of Civil Procedure 12(f) to
3   strike all twenty (20) of Defendants' affirmative defenses.
4   1.2. The grounds for this request are that Defendants' affirmative defenses are insufficient
5   defense or any redundant, immaterial, impertinent, or scandalous matter.
6   1.1. Defendants' counsel has been contacted regarding this motion and has indicated that
7   Defendants oppose this Motion to Strike Affirmative Defenses.

### 1. CONCLUSION

8   WHEREFORE, Plaintiff respectfully requests that this Court grant Plaintiff's Motion to
9   Strike Affirmative Defenses as follows;
10  Strike the following affirmative defenses WITHOUT PREJUDICE:
11  Defendants' First Aff. Def. (Failure to State a Claim), without prejudice to Defendants'
12  right to raise this issue through proper procedural vehicles under Rule 12; Defendants' Sec-
13  ond Aff. Def. (Statute of Limitations); Defendants' Third Aff. Def. (Standing); Defendants'

Fifth Aff. Def. (No Municipal Liability); Defendants' Sixth Aff. Def. (Punitive Damages Prohibition); Defendants' Eighteenth Aff. Def. (Special Damages); and Defendants' Nineteenth Aff. Def. (Damage Caps)

Strike the following affirmative defenses **WITH PREJUDICE**:

Defendants' Seventh Aff. Def. (Mississippi Tort Claims Act); Defendants' Eighth Aff. Def. (Estoppel and Res Judicata); Defendants' Ninth Aff. Def. (Good Faith/Honest Belief); Defendants' Tenth Aff. Def. (Comparative Fault); Defendants' Eleventh Aff. Def. (Failure to Exhaust Administrative Remedies); Defendants' Twelfth Aff. Def. (Failure to Mitigate); Defendants' Thirteenth Aff. Def. (Adequate State Remedy); Defendants' Fourteenth Aff. Def. (Reservation of FRCP 8(c) Defenses); Defendants' Fifteenth Aff. Def. (Unclean Hands); Defendants' Sixteenth Aff. Def. (After-Acquired Evidence); Defendants' Seventeenth Aff. Def. (Heck v. Humphrey); and Defendants' Twentieth Aff. Def. (Attorney's Fees)

Strike Defendants' Fourth Aff. Def. (Qualified Immunity, Sovereign Immunity, Legislative Immunity, and/or Absolute Immunity) as to the City of Guntown only, and without prejudice as to Defendant Stuart; and

Grant such other and further relief as the Court deems just and proper.

Respectfully submitted this 22 day of May, 2025.

_Tracy Miller Arnold_
Tracy Miller Arnold
423-529-4335
PO Box 864
Savannah, Tennessee 38372
tracy.knightswife@gmail.com