to find a location near you.

P:UP DTOX-8208
CLERK OF THE COURT
STE 369
911 JACKSON AVE E
OXFORD MS 38655

Apply shipping documents on this side.

Do not use this envelope for:

**UPS Ground®**
**UPS Standard®**
**UPS 3 Day Select®**
**UPS Worldwide Expedited®**

Visit **theupsstore.com** to learn more about our Print & Business Services.

BILL ARNOLD
(762) 229-7659
THE UPS STORE #6516
STE A
245 WAYNE RD
SAVANNAH  TN 38372-1946

1 LBS          1 OF 1
SHP WT: 1 LBS
DATE: 17 JUN 2025

SHIP   CLERK OF THE COURT
TO:    STE 369
       911 JACKSON AVE E

       OXFORD  MS 38655-3622

MS 386 0-01



UPS GROUND
TRACKING #: 1Z F21 H09 03 2690 8434

BILLING: P/P

may only contain media, and must items other than ed by weight.

documents of no commercial dia as documents. Visit t is classified as a document.

nvelope must weigh 8 oz. or less. oz. will be billed by weight.

d for shipments of electronic media eakable items. Do not send cash

X-RAYED



MMBTJKT11K22U 18H 13.00C 2ZP 450 21.5V 05/2025

lore than 100 years ited Parcel Service.

  

ipping Notice — Carriage hereunder may be subject to the rules relating to liability and other terms and/or conditions established by the Convention for the Unification of Certain Rules Relating to International Carriage by Air (the "Warsaw Convention") and/or on the Contract for the International Carriage of Goods by Road (the "CMR Convention"). These commodities, technology or software were exported from the U.S. in accordance with the Export Administration Regulations. Diversion contrary to U.S. law prohibited.