**PRIORITY MAIL EXPRESS**

FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

FROM:
Tracy Arnold
PO Box 864
Savannah, Tenn 38372

TO:
Clerk of the Court
Federal Building
911 Jackson Ave E Ste 369
Oxford, Miss
38655

JUL 01 2025
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF MISSISSIPPI

EI 579 503 819 US

RDC 07
38655
JUN 30, 2025
$31.40
S2324N501896-01

SAVANNAH, TN 38372