**Extremely Urgent**

Visit UPS.com
Apply shipping document

Scan QR code to schedule a pickup

BILL ARNOLD
(762) 233-7659
THE UPS STORE #6516
STE A
245 WAYNE RD
SAVANNAH  TN 38372-1946

SHIP  FEDERAL BUILDING
TO:   CLERK OF THE COURT
      STE 369
      911 JACKSON AVE E

      OXFORD  MS 38655-3622

MS 386 0-01

UPS GROUND
TRACKING #: 1Z F21 H09 03 2759 1195

BILLING: P/P

1 LBS         1 OF 1
SHP WT: 1 LBS
DATE: 07 JUL 2025

the following services: **UPS Next Day Air®**
**UPS Worldwide Express®**
**UPS 2nd Day Air®**
**UPS Worldwide Expedited®**
t use this envelope for: UPS Ground
UPS Standard
UPS 3 Day

X-RAY'd

CLERK OF THE COURT
911 JACKSON AVE E
STE 369
OXFORD MS 38655
P-UP  S-01
DTOX - 8553
1195
1ZF21H09032759  JUL 9 07:11:36 2025

RECEIVED
JUL 09 2025
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

### Domestic Shipments
- To qualify for the letter rate, UPS Express® envelopes may only contain correspondence, urgent documents, and/or electronic media, and m... 8 oz. or less. UPS Express envelopes containing items other than tho... or weighing more than 8 oz. will be billed by weight.

### International Shipments
- The UPS Express envelope may be used only for documents of no c... value. Certian countries consider electronic media as documents. Vis... ups.com/importexport to verify if your shipment is classified as a do...
- To qualify for the letter rate, the UPS Express envelope must weigh 8... UPS express envelopes weighing more than 8 oz. will be billed by we...

**Note:** UPS Express envelopes are not recommended for shipments o... electronic media containing sensitive personal information or breaka... Do not send cash or cash equivalent.

Serving you for more than 110 years
United Parcel Service.®

For information about UPS's privacy practices or to opt out from the sale of personal information, please see the UPS Privacy Notice at www.ups.com

010195101  9/20  PAC  United Parcel Service

International Shipping Notice — Carriage hereunder may be subject to the Convention for the Unification of Certain Rules Relating to Inter... the Contract for the International Carriage of Goods by Road (the "CMR Convention"). These commodities, technology or software were exported from the U.S. in accordance with the Export Administration Regulations. Diversion contrary to U.S. law prohibited.

80% Post-Consumer Content