# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# ABERDEEN DIVISION

**TRACY MILLER ARNOLD**                                      **PLAINTIFF**

**VS.**                                      **CIVIL ACTION NO.: 1:25-CV-24-GHD-DAS**

**CITY OF GUNTOWN; and ANDREW STUART, in his individual and official capacity**             **DEFENDANTS**

## REPLY IN SUPPORT OF DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS

Defendants the City of Guntown and Andrew Stuart submit this reply in support of their motion for judgment on the pleadings. For the reasons stated in the contemporaneously filed memorandum, this case should be dismissed.

DATED: July 14, 2025.

                     Respectfully submitted,

                     PHELPS DUNBAR LLP

                     BY:    */s/ Sonya C. Dickson*
                               G. Todd Butler, MB #102907
                               Sonya C. Dickson, MB #106284
                               1905 Community Bank Way
                               Suite 200
                               Flowood, Mississippi 39232
                               Telephone: 601 352 2300
                               Facsimile: 601 360 9777
                               Email: todd.butler@phelps.com
                               Email: sonya.dickson@phelps.com

                     ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I, Sonya C. Dickson, certify that I electronically filed the foregoing Memorandum in Support of Defendants' Motion for Judgment on the Pleadings with the Clerk of the Court using the CM/ECF system and e-mailed a copy to the following non-CM/ECF participant:

> Tracy Miller Arnold
> P.O. Box 864
> Savannah, TN 38372
> Tracy.knightswife@gmail.com
>
> *Pro se Plaintiff*

SO CERTIFIED, the 14th day of July, 2025.

/s/ *Sonya C. Dickson*
Sonya C. Dickson

PD.50124558.1